# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:06CR250-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| ERCULANO CASTRO-CAZAREZ. ) | |
| _____ ) | |

**THIS MATTER** is before the court upon defendant's Motion for Bond filed January 12, 2007. The district court specifically referred such motion to the undersigned for disposition on August 1, 2007, after counsel for defendant failed to respond to an inquiry from the district court. On August 6, 2007, the undersigned also inquired of counsel, but such call has not been returned. Having considered defendant's Motion for Bond and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Bond is DENIED without prejudice.

Signed: August 7, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge